

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00509-CV

Gloria **OCHOA**,
Appellant

v.

**NAIL FLOWER BEAUTY SALON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12691
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs are assessed against appellant because she is indigent.

SIGNED September 16, 2015.

_____
Luz Elena D. Chapa, Justice